UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY C. SALVAGE,<br><br>     Petitioner,<br><br> vs.<br><br>JOHN DOE,<br><br>     Respondent. | NO.  CV-12-078-LRS<br><br>ORDER DISMISSING PETITION WITH PREJUDICE |

  By Order filed March 12, 2012, the Court directed Mr. Salvage to show cause why his habeas corpus petition, challenging 2008 convictions for voyeurism and resisting arrest, should not be dismissed for lack of personal jurisdiction over the named Respondent and as time-barred under 28 U.S.C. § 2244(d).   Petitioner, a prisoner at the Spokane County Jail, is proceeding *pro se* and *in forma pauperis*; Respondent has not been served.

  Although cautioned that his failure to show cause would be construed as his consent to dismissal of this action, Petitioner did not comply  and has filed nothing further in this action.   Accordingly, for the reasons set forth in the Order to Show Cause, ECF No. 5, **IT IS ORDERED** the Petition is **DISMISSED with prejudice** for lack of jurisdiction and as untimely.

  **IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Petitioner at his last known address, and close

ORDER DISMISSING PETITION WITH PREJUDICE -- 1

the file. The Court further certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R.App. P. 22(b).

**DATED** this __23rd__ day of April, 2012.

*s/Lonny R. Suko*
―――――――――――――――
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PETITION WITH PREJUDICE -- 2