UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY C. SALVAGE,<br><br>                  Petitioner,<br><br>vs.<br><br>JOHN DOE,<br><br>                  Respondent. | NO. CV-12-078-LRS<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

BEFORE THE COURT is Mr. Salvage's two page document asking the court to reconsider dismissing his petition with prejudice. ECF No. 9. The Court liberally construes this document as a Motion for Reconsideration. By Order filed April 23, 2012, the Court dismissed Mr. Salvage's habeas petition for lack of personal jurisdiction over an unspecified Respondent, and as time barred under 28 U.S.C. § 2244(d). ECF No. 7.

Motions for reconsideration serve a limited function. "'[T]he major grounds that justify reconsideration involve an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice.'" *Pyramid Lake Paiute Tribe v. Hodel*, 882 F.2d 364, 369 n.5 (9th Cir. 1989). Such motions are not the proper vehicle for offering evidence or theories of law that were available to the party at the time of the initial ruling. *Fay Corp. v. Bat Holdings I, Inc.*, 651 F.Supp. 307, 309 (W.D. Wash. 1987).

In the instant case, Petitioner has not alleged that there has been an intervening

ORDER DENYING MOTION FOR RECONSIDERATION -- 1

change of controlling law. Likewise, he has not offered newly discovered evidence that would justify this Court re-examining the issue. Thus, the only remaining question is whether the Court should alter its prior ruling in order to "correct a clear error or prevent manifest injustice." *Pyramid Lake*, 882 F.2d at 369 n.5.

Although granted the opportunity to do so, Mr. Salvage has failed to demonstrate any basis to toll the federal limitations period. He presents no facts showing he diligently pursued his rights, but that extraordinary circumstances beyond his control made it impossible for him to timely file his federal habeas petition. *Holland v. Florida*, ––– U.S. ––––, ––––, 130 S.Ct. 2549, 2562, 177 L.Ed.2d 130 (2010). Accordingly, **IT IS ORDERED** that Plaintiff's Motion for Reconsideration is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward a copy to Petitioner at his last known address. This file shall remain closed.

**DATED** this __19th__ day of June, 2012.

*s/Lonny R. Suko*
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION FOR RECONSIDERATION -- 2